UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   EDCV 07-992-VAP (JCRx)                                       Date   July 28, 2008

Title   DAVID ARAGONEZ, et al.-v-COUNTY OF SAN BERNARDINO, et al.

Present: The Honorable     JOHN RAYBURN, JR., U. S. MAGISTRATE JUDGE

| DEB TAYLOR | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                         Attorneys Present for Defendants:

NONE                                                                              NONE

Proceedings: **(IN CHAMBERS**)) ORDER DENYING EX PARTE APPLICATION FOR PROTECTIVE ORDER

On July 28, 2008, at approximately 8:30 a.m., this Court received a courtesy copy of an Ex Parte Application For Protective Order ("Ex Parte Application") from Counsel for American Medical Response ("AMR") and Renee Colarossi. Therein, AMR and Ms. Colarossi seek an order from this Court quashing a deposition subpoena served on Ms. Colarossi , and a protective order finding good cause to quash said deposition subpoena.

It does not appear to the Court that the Ex Parte Application has been received by the Clerk's Office. Accordingly, the Ex Parte Application is DENIED.

Alternatively, if the Ex Parte Application has been received and filed by the Clerk's Office, the Court finds that the moving party has failed to provide good cause for the Ex Parte Application. Accordingly, the Ex Parte Application is also DENIED for failure to provided good cause in support of the Ex Parte Application.

Initials of Deputy Clerk <u>dts</u>