Risa S. Christensen, Esq., CA Bar No. 227799
Dennis E. Wagner, Esq., CA Bar No. 099190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone: (951) 686-4800
Fax: (951) 686-4801

Attorneys for Defendant ALVIN HUFF

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARAGONEZ and SALVADOR LOZANO,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, GARY PENROD, ALVIN HUFF, P. RECATTO and DOES 1-10, individually,<br><br>    Defendants. | CASE NO. EDCV 07-0992 VAP(JCRx)<br><br>[PROPOSED] ORDER RE: STIPULATION FOR PROTECTIVE ORDER RE: CONTROL AND USE OF CONFIDENTIAL VIDEO TAPE |

# ORDER

The Stipulation for Protective Order is Granted as requested by the parties and the materials designated herein shall be subject to all its terms and conditions.

DATED: 10/10/08

_____
U.S. ~~DISTRICT COURT~~ MAGISTRATE JUDGE

1

ORDER RE: STIPULATION FOR PROTECTIVE ORDER RE: CONTROL AND USE OF CONFIDENTIAL VIDEO TAPE

RSC:ec