**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 07-992-VAP (JCRx)                    Date:  December 3, 2008

Title:   DAVID ARAGONEZ and SALVADOR LOZANO -v- COUNTY OF SAN
BERNARDINO, GARY PENROD, ALVIN HUFF, P. RECATTO and
DOES 1-10, individually

================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

          Marva Dillard                          None Present
          Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR              ATTORNEYS PRESENT FOR
PLAINTIFFS:                        DEFENDANTS:

          None                              None

PROCEEDINGS:      MINUTE ORDER DENYING PLAINTIFFS' EX PARTE
                  APPLICATION FOR A PROTECTIVE ORDER (IN
                  CHAMBERS)

        The Court has received and considered the papers filed in support of and in
opposition to Plaintiffs' "Ex Parte Application for a Protective Order Against Huff's
Deposition Scheduled for December 5, 2008" ("Ex Parte Application").

        The discovery cut-off in this case was on September 30, 2008.  Defendant
Huff's deposition commenced on September 23, 2008 but was not completed.  (See
Huff Dep. at 223:17-224:25.)  At the deposition, the parties agreed that the
deposition was not finished and that it would be completed at a future date.  (Id.)

MINUTES FORM 11                              Initials of Deputy Clerk __md__
CIVIL -- GEN              Page 1

EDCV 07-992-VAP (JCRx)
DAVID ARAGONEZ, et al. v COUNTY OF SAN BERNARDINO, et al.
MINUTE ORDER of December 3, 2008

Continuing a deposition that began before the discovery cut-off but finishes after the cut-off is permissible under the Court's Scheduling Order.

Accordingly, Plaintiffs' Ex Parte Application is DENIED.

**IT IS SO ORDERED.**