1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MD JS-6

| | |
|---|---|
| **David Aragonez and Salvador Lozano**<br><br>Plaintiffs,<br><br>v.<br><br>**County of San Bernardino, et al.**<br><br>Defendants. | Case No. EDCV 07-00992 -RT (OPx)<br><br>**Judgment** |

The jury having returned a special verdict on June 17, 2009 (Hon Robert J. Timlin, presiding), and pursuant also to the prior orders for partial summary judgment in favor of Defendants Alvin Huff and Peter Recatto on November 18, 2008 (Hon. Virginia Phillips, presiding), it is ordered and adjudged as follows:

1.   On Plaintiff Salvador Lozano's claim for relief against Defendant Alvin Huff for unlawful detention in deprivation of Plaintiff Lozano's Fourth Amendment rights, judgment is entered in favor of Defendant Alvin Huff and against Plaintiff Salvador Lozano.

2.   On Plaintiff David Aragonez's claim for relief against Defendant Alvin Huff for unlawful detention in deprivation of Plaintiff Aragonez's Fourth Amendment rights, judgment is entered in favor of Defendant Alvin Huff and

against Plaintiff David Aragonez.

3.   On Plaintiff Salvador Lozano's claim for relief against Defendant Alvin Huff for unlawful arrest in deprivation of Plaintiff Lozano's Fourth Amendment rights, judgment is entered in favor of Plaintiff Salvador Lozano against Defendant Alvin Huff.

4.   On Plaintiff David Aragonez's claim for relief against Defendant Alvin Huff for unlawful arrest in deprivation of Plaintiff Aragonez's Fourth Amendment rights, judgment is entered in favor of Plaintiff David Aragonez against Defendant Alvin Huff.

5.   On Plaintiff  Salvador Lozano's claim for relief against Defendant Alvin Huff for excessive force in deprivation of Plaintiff Lozano's Fourth Amendment rights, judgment is entered in favor of Defendant Alvin Huff against Plaintiff Salvador Lozano.

6.   On Plaintiff David Aragonez's claim for relief against Defendant Alvin Huff for excessive force in deprivation of Plaintiff Aragonez's Fourth Amendment rights, judgment is entered in favor of Defendant Alvin Huff and against Plaintiff David Aragonez.

7.   On Plaintiff Salvador Lozano's claim for relief against Defendant Peter Recatto for unlawful detention in deprivation of Plaintiff Lozano's Fourth Amendment rights, judgment is entered in favor of Defendant Peter Recatto and against Plaintiff Salvador Lozano.

8.   On Plaintiff David Aragonez's claim for relief against Defendant Peter Recatto for unlawful detention in deprivation of Plaintiff Aragonez's Fourth Amendment rights, judgment is entered in favor of Defendant Peter Recatto against Plaintiff David Aragonez.

9.   On Plaintiff Salvador Lozano's claim for relief against Defendant Peter

Recatto for unlawful arrest in deprivation of Plaintiff Lozano's Fourth Amendment rights, judgment is entered in favor of Defendant Peter Recatto against Plaintiff Salvador Lozano.

10. On Plaintiff David Aragonez's claim for relief against Defendant Peter Recatto for unlawful arrest in deprivation of Plaintiff Aragonez's Fourth Amendment rights, judgment is entered in favor of Defendant Peter Recatto against Plaintiff David Aragonez.

11. On Plaintiff Salvador Lozano's claim for relief against Defendant Peter Recatto for excessive force in deprivation of Plaintiff Lozano's Fourth Amendment rights, judgment is entered in favor of Defendant Peter Recatto against Plaintiff Salvador Lozano.

12. On Plaintiff David Aragonez's claim for relief against Defendant Peter Recatto for excessive force in deprivation of Plaintiff Aragonez's Fourth Amendment rights, judgment is entered in favor of Defendant Peter Recatto and against Plaintiff David Aragonez.

13. On Plaintiff Salvador Lozano's claim for relief against Defendant Alvin Huff for deprivation of Plaintiff Lozano's substantive due process right under the Fourteenth Amendment, judgment is entered against Plaintiff Salvador Lozano in favor of Defendant Alvin Huff.

14. On Plaintiff David Aragonez's claim for relief against Defendant Alvin Huff for deprivation of Plaintiff Aragonez's substantive due process right under the Fourteenth Amendment, judgment is entered against Plaintiff David Aragonez in favor of Defendant Alvin Huff.

15. On Plaintiff Salvador Lozano's claim for relief against Defendant Peter Recatto for deprivation of Plaintiff Lozano's substantive due process right under the Fourteenth Amendment, judgment is entered against Plaintiff Salvador

1   Lozano in favor of Defendant Peter Recatto.

2        16.  On Plaintiff David Aragonez's claim for relief against Defendant Peter

3   Recatto for deprivation of Plaintiff Aragonez's substantive due process right

4   under the Fourteenth Amendment, judgment is entered against Plaintiff David

5   Aragonez in favor of Defendant Peter Recatto.

6        15.  Plaintiff Salvador Lozano shall recover $4,000.00 in compensatory

7   damages from Defendant Alvin Huff.

8        16.  Plaintiff David Aragonez shall recover $3,000 in compensatory

9   damages from Defendant Alvin Huff; and

10       17.  The Court reserves jurisdiction to determine any post-judgment

11   motion for attorney fees and costs pursuant to 42 U.S.C. § 1988.

12

13   Dated: July 17, 2009

14

15                    ROBERT J. TIMLIN
                      HON.  ROBERT J. TIMLIN
16                    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27